**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:21-CR-20509-MARTINEZ**

**UNITED STATES OF AMERICA,**

**vs.**

**ALVARO PULIDO VARGAS, ET AL,**

**Defendants.**
______________________________________ /

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice that the undersigned Assistant United States Attorney, Monique Botero, is entering an appearance in the above-captioned case.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Monique Botero*
MONIQUE BOTERO
Assistant United States Attorney
Florida Bar No. 722286
U.S. Attorney's Office - SDFL
99 NE 4th Street, 7th Floor
Miami, Florida 33132
Tel: (305) 961-9010
Email:Monique.Botero@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2026 the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/ Monique Botero*
MONIQUE BOTERO
Assistant United States Attorney