# COURT MINUTES

## Magistrate Judge Marty Elfenbein

Atkins Building Courthouse - 5th Floor | Date: 10/13/2026 Time: 2:00 PM

Defendant: Alvaro Pulido Vargas J#: 55362-506 Case #: 21-CR-20509-MARTINEZ

AUSA: Monique Botero Attorney: Andrew Feldman (TEMP)

Violation: Money Laundering Surr/Arrest Date: 10/10/2026 YOB: 1963

Proceeding: Initial Appearance CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond:

Bond Set at: STIP- PTD w/the right to revisit Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or ________ x's a week/month by phone: ______ x's a week/month in person

☐ Random urine testing by Pretrial Services __________
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ________

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:

**Defendant advised of rights and charges. Defense counsel filed a temporary notice of appearance in open court. Government seeks PTD. The parties stipulated to PTD w/the right to revisit. Government ore tenus motion for PTD -GRANTED- pursuant to the stipulation.**

**BRADY ORDER NOT GIVEN**

Time from today to ________ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | **11/4/26** | **10am** | **Duty** | **Miami** |
| PTD/Bond Hearing: | | | | |
| Prelim/**Arraign** or Removal: | **11/4/26** | **10am** | **Duty** | **Miami** |
| Status Conference RE: | | | | |

D.A.R. 14:27:54 Time in Court: 12 mins

s/Marty Elfenbein Magistrate Judge